No. 31, Misc. JAVOR v. McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, and *Arlo E. Smith,* Deputy Attorney General, for respondents.

No. 32, Misc. DOTSON v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General, for respondent.

No. 34, Misc. DUNCAN v. MAINE. Supreme Judicial Court of Maine. Certiorari denied. Petitioner *pro se.* *Frank E. Hancock,* Attorney General of Maine, for respondent.

No. 40, Misc. JACKSON v. McGEE, CORRECTIONS DIRECTOR, ET AL. Supreme Court of California. Certiorari denied. Petitioner *pro se.* *Stanley Mosk,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Raymond M. Momboisse,* Deputy Attorney General, for respondents.

No. 43, Misc. JACKSON v. KENTUCKY. Court of Appeals of Kentucky. Certiorari denied. Petitioner *pro se.* *John B. Breckinridge,* Attorney General of Kentucky, and *Troy D. Savage,* Assistant Attorney General, for respondent.

No. 44, Misc. HARRIS v. ELLIS, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Will Wilson,* Attorney General of Texas, and *Riley Eugene Fletcher* and *W. V. Geppert,* Assistant Attorneys General, for respondent.